# Third District Court of Appeal

## State of Florida

Opinion filed December 15, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1810
Lower Tribunal No. 17-22791
_____

**Nationstar Mortgage LLC, d/b/a Champion Mortgage
Company,**
Appellant/Cross-Appellee,

vs.

**Maria Gonzalez,**
Appellee/Cross-Appellant.

An appeal from the Circuit Court for Miami-Dade County, Antonio Arzola, Judge.

Tillotson Law, and Jeff Tillotson, and Austen Irrobali (Dallas, TX); McGuireWoods LLP, and Sara F. Holladay, Emily Y. Rottmann, and Kathleen D. Kilbride (Jacksonville); Troutman Pepper Hamilton Sanders LLP, and Hallie S. Evans (Atlanta, GA), for appellant/cross-appellee.

Liggio Law, P.A., and Jeffrey M. Liggio (West Palm Beach); Gordon & Partners, P.A., and Geoff Stahl (Palm Beach Gardens); Baron & Herskowitz, and Jon M. Herskowitz, and Matthew H. Baron; Burlington & Rockenbach P.A., and Jeffrey V. Mansell (West Palm Beach), for appellee/cross-appellant.

Before LINDSEY, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Joyce v. Federated Nat'l Ins. Co., 228 So. 3d 1122 (Fla. 2017).